**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JOHN HICKS**                                                                                          **PLAINTIFF**
*ADC #550622*

**v.**                                        **CASE NO. 2:22-CV-00046-BSM-JJV**

**KEITH FINCH,**
**Police Chief, Dumas,** *et al.*                                              **DEFENDANTS**

## ORDER

Having carefully reviewed the record, Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 7] is adopted. John Hicks may proceed with his conditions of confinement claim against Keith Finch, Katrice Anderson, Carolyn Reed, and Stephanie Harris. Hicks's access to the courts and inadequate medical care claims are dismissed without prejudice. Dumas City Jail is dismissed from this case with prejudice because it is not a proper defendant under section 1983. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 2nd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE