**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOHN HICKS**                                                            **PLAINTIFF**
*ADC #550622*

v.                   **CASE NO. 2:22-CV-00046-BSM**

**KEITH FINCH,**
Police Chief, Dumas, *et al.*                               **DEFENDANTS**

### ORDER

Having carefully reviewed the record, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 34] is adopted. Defendants' motion for summary judgment [Doc. No. 27] is granted, and John Hicks's remaining claims are dismissed without prejudice for failure to exhaust administrative remedies. 42 U.S.C. § 1997e(a). An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 7th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE