IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN HICKS**  **PLAINTIFF**
*ADC #550622*

v.  CASE NO. 2:22-CV-00046-BSM

**KEITH FINCH,**
**Police Chief, Dumas,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 7th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE